# KML LAW GROUP, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| MICHAEL T. MCKEEVER* | | JILL P. JENKINS* |
| LISA A. LEE* | | JOSHUA I. GOLDMAN* |
| KRISTINA G. MURTHA* | SUITE 5000 | ALYK L. OFLAZIAN* |
| THOMAS I. PULEO | BNY MELLON INDEPENDENCE CENTER | COLLEEN M. HIRST* |
| DAVID B. FEIN* | 701 MARKET STREET | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | CAITLIN M. DONNELLY* |
| JAIME R. ACKERMAN* | (215) 627-1322 | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | (866) 413-2311 | JOHN GORYL |
| *PA & NJ BAR | FAX (215) 627-7734 | MATTHEW K. FISSEL* |
| | | MICHAEL J. CLARK* |
| | WWW.KMLLAWGROUP.COM | NICHOLAS J. ZABALA* |
| | | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | | MATTHEW J. MCCLELLAND |
| | | DENISE CARLON |
| | | CHRISTOPHER FORD |

October 28, 2016

Honorable Gerald J. Pappert
United States District Court
Eastern District of Pennsylvania

RE:   UNITED STATES OF AMERIA vs. MARLOW JOHNSON a/k/a MARLOW M.
       JOHNSON a/k/a MARLOW N. JOHNSON
       Docket #16-05163

Dear Judge Pappert:

     Pursuant to your request, the status of the above-mentioned case is such that the summons and filed complaint were sent to this office on or about September 28, 2016. Per Fed.R.Civ.P. 4(d), we sent a waiver of service to the Defendant on October 5, 2016 and have allowed the party 30 days to return the waiver.

     Your Honor's consideration in this matter is greatly appreciated.

                                      Respectfully yours,

                                      KML LAW GROUP, P.C.

                                      Thomas I. Puleo, Esq.

cc:
    MARLOW JOHNSON a/k/a MARLOW M. JOHNSON a/k/a MARLOW N. JOHNSON