UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff<br>　v.<br>MARLOW JOHNSON a/k/a MARLOW M.<br>JOHNSON a/k/a MARLOW N. JOHNSON,<br>　　　　　　　　　　　Defendant | No. 16-05163 |

### DEFAULT JUDGMENT

AND NOW, this _8th_ day of _March_, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Wednesday, September 28, 2016 and, after due service of process on Defendant, MARLOW JOHNSON a/k/a MARLOW M. JOHNSON a/k/a MARLOW N. JOHNSON, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, MARLOW JOHNSON a/k/a MARLOW M. JOHNSON a/k/a MARLOW N. JOHNSON, in the amount of $988.08 and $5,080.71 for a total of $6,068.79. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 3/8/17

　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court
　　　　　　　　　　　　　　　　　　　　　EasternDistrict of Pennsylvania

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk